# Court of Appeals
# of the State of Georgia

ATLANTA, July 30, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1784. TYRONE WILLIAM HOLLAND v. BRIAN KEMP, GOVERNOR OF THE STATE OF GEORGIA, IN HIS INDIVIDUAL CAPACITY.

Tyrone William Holland, appearing pro se, sued Governor Brian Kemp, in his individual capacity, alleging that the sex offender registration requirement of OCGA § 42-1-12 (e) (3) is unconstitutional when retroactively applied to him.[1] Because Holland had failed to perfect service of process for more than two months after filing the complaint, the trial court ordered him to do so by December 29, 2020 to avoid dismissal of the case. On December 30, 2020, after Holland failed to perfect service by the ordered deadline, the trial court entered a final order dismissing the case for want of prosecution. Holland then filed a "Motion to Contest Order in Dismissing Complaint for Want of Prosecution," which in essence, sought reconsideration of the dismissal order. The trial court denied the motion. On May 4, 2021, Holland filed this appeal. We, however, lack jurisdiction.

"[T]he proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Bell v. Cohran*, 244 Ga. App. 510,

---

[1] Although Holland's lawsuit raised constitutional questions, it is not necessary to transfer this appeal to the Supreme Court for resolution because the trial court did not address the merits of the claims. See *Pacheco v. Regal Cinemas, Inc.*, 311 Ga. App. 224, 228 (2) (a) (715 SE2d 728) (2011) (the Supreme Court's subject matter jurisdiction is not invoked when the constitutional questions raised below were not addressed in the trial court's order on appeal).

510-511 (536 SE2d 187) (2000). Generally, a notice of appeal must be filed within 30 days after entry of the appealable decision or judgment to be challenged. See OCGA § 5-6-38 (a). It is well settled that a motion for reconsideration does not toll the time for filing a direct appeal, and the denial of such a motion is not itself an appealable judgment. See *Bell*, 244 Ga. App. at 510-511. Here, Holland's notice of appeal was filed 125 days after entry of the trial court's dismissal order. It therefore is untimely as to the appealable dismissal order and invalid as to the trial court's subsequent refusal to reconsider that order. Because we lack jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__07/30/2021_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*